UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE A. BROCKMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIM MADSEN, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:25-cv-04213-FLA (RAOx)<br><br>**ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE TRANSFERRED TO THE DISTRICT OF NEVADA** |

On April 8, 2025, Plaintiff Lawrence A. Brockman ("Plaintiff"), acting in *pro se*, filed a complaint ("Action") in the Los Angeles County Superior Court, alleging professional negligence, elder financial abuse, unjust enrichment, breach of fiduciary duty, and accounting, related to an approximately $500,000 investment in Nevada laundromats. Dkt. 1-1 at 4, 11–14.[1] On May 9, 2025, Defendants Tim Madsen and Martin Augustin ("Defendants") removed that action to this court, alleging diversity jurisdiction under 28 U.S.C. § 1332(a)(1). Dkt. 1 at 1–6.

---

[1] The court cites documents by the page numbers added by the court's CM/ECF System, rather than any page numbers listed in documents natively.

1

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a).  A district court may "transfer a case *sua sponte* under the doctrine of *forum non conveniens*, as codified at 28 U.S.C. § 1404(a), so long as the parties are first given the opportunity to present their views on the issue." *Costlow v. Weeks*, 790 F.2d 1486, 1488 (9th Cir. 1986).

Because the witnesses and evidence are mostly located in Nevada, the court ORDERS the parties to Show Cause ("OSC") in writing, within fourteen (14) days of this Order, why the action should not be transferred to the District of Nevada under the doctrine of *forum non conveniens*.  The parties may file one brief per side, which shall not exceed fifteen (15) pages in length.  Failure to respond timely may result in the transfer of this action without further notice from the court.

IT IS SO ORDERED.

Dated: May 28, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge